**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Linda M. Jackson, | No. CV-10-1260-PHX-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| Chase Home Finance, LLC, its assigns and/or successors, | |
| Defendant. | |

Plaintiff filed a complaint against Defendant on May 14, 2010 in the Superior Court for Maricopa County. Defendant removed this matter to this Court on June 14, 2010. Doc. 1. On June 21, 2010, Defendant filed a motion to dismiss for failure to state a claim upon which relief can be granted. Doc. 6. Plaintiff filed no response. *See* LRCiv 12.1(b), 56.1(d); Fed. R. Civ. P. 6(d). On August 19, 2010, the Court warned Plaintiff that she must file a response by August 27, 2010 and that, if she failed to do so, the Court would summarily grant the motion to dismiss. Doc. 17. Plaintiff still filed no response.

Pursuant to Rule 7.2 of the Local Rules of Civil Procedure, the Court will deem Plaintiff's failure to respond as "consent to the . . . granting of the motion[.]" LRCiv 7.2(i). Because the Court will dismiss the complaint, the Court will also deny Plaintiff's pending motion to compel (Doc. 10) as moot.

**IT IS ORDERED:**

1. Defendant's motion to dismiss (Doc. 6) is **granted**.

2. Plaintiff's motion to compel (Doc. 10) is **denied**.

3. The Clerk of Court shall terminate this action.

DATED this 2nd day of September, 2010.

David G. Campbell
United States District Judge